AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>MARK WALKER<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>) |

FILED
14 MAR 27 AM 11:48
MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

3:14mj-106

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 25, 2014__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sections 841(a)(1) and (b)(1)(A) and 846 | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael R. Nimmo, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/27/2014

_____
*Judge's signature*

City and state: Dayton, Ohio

Michael R. Merz, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

1. The Affiant is currently employed as a Special Agent with U.S. Homeland Security Investigations and has been so employed since September 2009. The Affiant has been a sworn federal agent for the last (11) years. The Affiant was previously employed as an agent with US Border Patrol since July, 2003. The Affiant is a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, the Immigration and Customs Enforcement Special Agent Training, and the Border Patrol Academy. During these training programs, the Affiant received formal and advanced training regarding financial and controlled substances offenses. The Affiant has had prior experience in investigating financial and controlled substance offenses. The Affiant holds a Juris Doctorate from the University of Florida and a Bachelor of Arts from the University of Central Florida.

2. The facts contained in this affidavit are offered for the limited purpose of establishing probable cause. This affidavit does not contain all facts known about this case. The Affiant knows these facts either from direct knowledge, from reviewing documents or evidence, or from receiving this information other agents or law enforcement officers.

3. On March 25, 2014, at approximately 1055, the Affiant and members of the Miami Valley Bulk Currency Smuggling Task Force (MVBCSTF) were conducting surveillance in a high drug trafficking area located in Montgomery County, Ohio, which is located in the Southern District of Ohio. During surveillance at a hotel in Montgomery County, Task Force Officer (TFO) Special Agent Richard Miller of the Ohio Bureau of Criminal Investigation stated that he observed a meeting between two subjects, later identified as Cesar Anguiano ("CESAR") and Gonzalo Anguiano ("GONZALO"). During surveillance, the TFO observed the two subjects loading numerous bags into the back of Chrysler Pacifica, Ohio registration GBA7736, which was parked in the parking lot of the hotel. Gonzalo ANGUIANO appeared to act as a look out while CESAR

continued to the load the Pacifica. While loading the vehicle the Affiant observed that the Gonzalo ANGUIANO appeared to instruct CESAR on how to load the Pacifica. At one point GONZALO direct CESAR to cover the bags with his coat. After loading the vehicle, CESAR got in the driver seat of the Pacifica and GONZALO got into the driver seat of a 2006 Jeep Commander, Ohio registration Y279799, that was parked nearby in the lot. Both vehicles pulled out of the parking lot area travelled closely together out of the area on onto Interstate 75. MVBCSTF members continued to follow both as they traveled south on Interstate 75 toward Dayton.

4. While following both vehicles, the Affiant observed the Pacifica exit the Interstate abruptly after passing the exit lane traveling north on State Route 4. The Jeep exited the interstate to travel on Main St toward downtown Dayton. The Affiant and some TFOs continued to follow the Pacifica while as other TFOs followed the Jeep. Once off the interstate, TFO SA Miller observed the Jeep pull into a crowded parking lot located at a used car dealership on Main Street in Dayton. SA Miller traveled one block south and pulled in a nearby street to continue surveillance. SA Miller pulled onto a side street, the driver of the Jeep was already driving the Jeep back out of I the parking lot. SA Miller saw GONZALO look directly at SA Miller. GONZALO then pulled his Jeep into a parking lot, got out of the Jeep, and fled running on foot. SA Miller observed the driver talking on a cellphone as he ran away. SA Miller stayed with the Jeep and notified TFO officers of the bailout via radio. Montgomery County Sheriff's Department and Dayton Police Department units were unable to find GONZALO.

5. The Affiant observed the Pacifica travel north on State Route 4 until it exited and drove south on Stanley Avenue. The Pacifica drove south on Stanley Avenue for a short distance, then made a U turn and went back north on Stanley Avenue. A TFO traveling behind advised the Affiant via radio that he saw CESAR obviously staring into his rear view mirror as the Affiant continued south. TFO Josh Walters, Detective with the Montgomery County Sheriff's Department, stated

that he and Special Agent Brian Turk, Homeland Security Investigations were behind the Pacifica as it drove north on Stanley Avenue and then south on State Route 4. It then drove north on State Route 201. After TFO Walters stated that the Pacifica was turning onto State Route 201, the Affiant heard SA Miller state over the radio that the Jeep driver had bailed out and run away. TFO Walters stated over the radio that the Pacifica had accelerated to a high speed and was driving recklessly.

6. TFO Walters stated that he was driving up to 60 miles per hour but that the Pacifica was pulling away. TFO Walters stated that the Pacifica made several turns onto side streets. Eventually the Pacifica turned onto Brighton Avenue. SA Turk had gone down another street and turned onto the other end of Brighton. When TFO Walters came around a curve on Brighton Avenue after he had initially lost sight of the Pacifica, he saw the Pacifica (apparently in response to SA Turk's vehicle coming down the street from the other direction) backing up rapidly down the narrow street toward TFO Walters. TFO Walters then activated his emergency lights and siren and stopped the Pacifica.

7. Montgomery County Sheriff's Deputy Gerald Bemis arrived shortly thereafter. Bemis' K9 alerted to the Pacifica. During a search of the vehicle, TFO Walters located a bag of a white substance in an opened food saver bag. TFO Walters also located a large amount of currency in the bags in the back of the Pacifica. During a search of the Pacifica, CESAR (the driver) identified himself to TFO Walters. CESAR denied any knowledge of the Jeep and initially stated he did not know about the money in the Pacifica.

8. After SA Turk read CESAR his Miranda Rights, CESAR said that he gets paid $3000 to drive vehicles from California to Columbus. CESAR stated that he believed he had $150,000 in the Pacifica. Subsequently, CESAR stated there was probably $200,000. When agents found cocaine and showed CESAR the substance, CESAR stated it was for his personal use. CESAR

stated that he left California approximately a week ago driving a minivan to Columbus, Ohio. He purchased the Pacifica that he was now driving several days ago from a person there. He could not remember the name of the person from whom he had purchased the Pacifica.

9. Montgomery County Sheriff's Department Deputy Joe Caito, a K9 unit, arrived to assist SA Miller at the Jeep. Deputy Caito deployed his narcotic detection canine to conduct a free air sniff of the Jeep from which GONZALO had run. Deputy Caito's dog gave a positive alert to the Jeep. During the search of the vehicle the Affiant located approximately 15 bricks of a white substance later field tested as cocaine. Each brick weighed approximately 1 kilogram.

10. CESAR denied meeting with anyone at the hotel parking lot and denied knowing about the Jeep. When confronted with the title for the Jeep (titled in CESAR's name and located in the Pacifica), CESAR hung his head and did not answer. CESAR wanted to know what the government would do for him if he provided information.

11. SA Miller viewed driver's license photographs of GONZALO and identified him as the driver of the Jeep.

12. Detective Terry Dunkel, Springboro Police Department, responded to the hotel where the CESAR and GONZALO had been observed loading the Pacifica. Hotel records showed that neither brother had a room registered to them at the hotel. However, there was a room registered to Mark Walker ("WALKER"), a person known to be involved in drug trafficking who lived in Dayton.

13. SA Miller notified the Montgomery County Sheriff's Department RANGE Task Force (RANGE) of the information. RANGE detectives were familiar with WALKER and knew that he was living at 3673 Haney Road, Dayton, Ohio. RANGE detectives advised that they would set up surveillance on that house.

14. On March 26, 2014, SA Miller was contacted by RANGE detectives and who advised that they had stopped a vehicle that was leaving 3673 Haney Road and found WALKER'S father in possession of approximately 7 kilograms of a substance suspected to be cocaine. Detectives advised the Affiant that they had locked down the house and were securing a search warrant for the residence.

15. MVBCSTF members responded to 3673 Haney Road to assist with the search of the residence and help with interviews. SA Miller spoke with WALKER who was on scene sitting in the back of Sheriff Department vehicle. The Affiant and Detective Walters walked WALKER to an unmarked police car to speak with him about his involvement with the CESAR and GONZALO. Detective Walters verbally advised WALKER of his Miranda rights and WALKER agreed to give a statement.

16. WALKER admitted to being in possession of the 7 kilograms of cocaine found with his father during the traffic stop. WALKER stated that he thought that his dad knew that police were watching the house and his father probably decided to get the cocaine out of the house. WALKER stated that he was supplied with several kilograms of cocaine by CESAR and his brother (who he knew by the name of "Gonzalo"). WALKER stated that CESAR would conduct the deals for the cocaine and that GONZALO was the enforcer and would help count money. WALKER admitted that over a year period, he had received 23 kilograms of cocaine from the brothers. SA Miller showed WALKER photos of CESAR and GONZALO from driver's licenses. WALKER identified both the CESAR and GONZALO as the ones who supplied WALKER with the above mentioned kilograms of cocaine.

17. Per Ohio Department of Corrections records, CESAR was previously convicted in Hamilton County, Ohio of "Drug Trafficking," and served a four prison sentence in the Ohio state prison system that began in 2007.

18. Based on the above information, Affiant believes that there is probable cause to find that at least by March 25, 2014, Cesar Anguiano, Gonzalo Anguiano, and Mark Walker have conspired to distribute and possess with intent to distribute 5 kilograms of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, §§ 846 and 841(b)(1)(A).

_____
Michael R. Nimmo
Special Agent
Homeland Security Investigations


Sworn and subscribed to me on March 27, 2014.

_____
Honorable Michael R. Merz
United States Magistrate Judge